**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6569**

ROBBIE COLLINS,

Plaintiff - Appellant,

v.

LT. TAYLOR; WARDEN PALMER; ASSISTANT WARDEN ROBERSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:23-cv-01169-RMG)

Submitted:  May 15, 2025                                    Decided:  May 19, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robbie Collins, Appellant Pro Se.  James Victor McDade, DOYLE, O'ROURKE, TATE, & MCDADE, PA, Anderson, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Collins appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants on Collins's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error. Specifically, Collins failed to exhaust his administrative remedies before filing his federal complaint. Accordingly, we affirm the district court's order.  *Collins v. Taylor*, No. 2:23-cv-01169-RMG (D.S.C., May 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*